United States **District Court**

For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8
9    VINCE R. FLORES,

10                    Plaintiff,                     NO. C10-0993 TEH

11             v.                                    ORDER DENYING
                                                     PLAINTIFF'S MOTION TO
12    LEGAL RECOVERY LAW                             STRIKE AFFIRMATIVE
      OFFICES, INC., and                            DEFENSES
13    MARK D. WALSH,

14                    Defendants.

15
16
17          This matter comes before the Court on Plaintiff Vince R. Flores's motion to strike

18    affirmative defenses from the answers filed by Defendants Legal Recovery Law Offices, Inc.

19    and Mark D. Walsh on September 30, 2010.  Plaintiff filed his motion to strike on October 1,

20    2010, and noticed the motion for hearing on November 8, 2010.  Defendants failed to file a

21    timely opposition or statement of non-opposition by the October 18, 2010 deadline.  *See* Civ.

22    L.R. 7-3 (opposition or statement of opposition must be filed "not less than 21 days before

23    the hearing date").  On October 19, 2010, Defendants filed amended answers, along with a

24    late opposition brief asking the Court to deny Plaintiff's motion as moot.

25          Plaintiff correctly observes that Defendants' opposition was untimely, leaving this

26    Court the discretion not to consider it.  However, Defendants' amended answers were timely

27    filed under Federal Rule of Civil Procedure 15(a)(1)(A), which allows a party to "amend its

28    pleading once as a matter of course" within "21 days after serving it."  The Court therefore

1   agrees that Plaintiff's motion to strike affirmative defenses from Defendants' original

2   answers is now moot.  Accordingly, with good cause appearing, the November 8, 2010

3   motion hearing is VACATED, and Plaintiff's motion is hereby DENIED.

4

5   **IT IS SO ORDERED.**

6

7   Dated:   11/01/10

8                                   THELTON E. HENDERSON, JUDGE
                                    UNITED STATES DISTRICT COURT

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2