IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCE R. FLORES,

                Plaintiff,

v.

LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH,

                Defendants.

NO. C10-0993 TEH

ORDER STAYING MOTION TO STRIKE AFFIRMATIVE DEFENSES

      Plaintiff's motion to strike affirmative defenses from Defendants' first amended answers is currently scheduled for hearing on December 13, 2010. At today's case management conference, the parties expressed a desire to settle this case through mediation. To minimize attorneys' fees and costs while the parties pursue mediation, IT IS HEREBY ORDERED that Plaintiff's motion to strike is STAYED until further order of the Court. If this case does not settle through mediation or otherwise, then the parties shall propose a briefing and hearing schedule on Plaintiff's motion in their joint case management conference statement due on or before **January 31, 2011.**

**IT IS SO ORDERED.**

Dated: 11/15/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT