Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
VINCE R. FLORES

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| VINCE R. FLORES,<br><br>                              Plaintiff,<br><br>        v.<br><br>LEGAL RECOVERY LAW OFFICES, INC., a California corporation; and MARK D. WALSH, individually and in his official capacity,<br><br>                              Defendants. | Case No. CV10-00993-TEH-~~MEJ~~<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, VINCE R. FLORES, and Defendants, LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH, stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, VINCE R. FLORES, against Defendants, LEGAL RECOVERY LAW OFFICES, INC., and MARK D. WALSH, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

1    Dated: January 31, 2011          /s/ Fred W. Schwinn
2                                     Fred W. Schwinn (SBN 225575)
                                      Attorney for Plaintiff
3                                     VINCE R. FLORES

4
5    Dated: January 31, 2011          /s/ David A. Cotter
                                      David A. Cotter (SBN 169834)
6                                     Attorney for Defendants
                                      LEGAL RECOVERY LAW OFFICES, INC.,
7                                     and MARK D. WALSH

8
9    THE FOREGOING STIPULATION
10   IS APPROVED AND IS SO ORDERED.

11
12   Dated: _____2/2/2011_____

13                                    The _____erson
                                      Jud_____
14                                    Judge Thelton E. Henderson

15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -